# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Bryan K. Ward                                CHAPTER 13
            Elizabeth A. Ward
                    Debtor(s)                       BKY. NO. 26-20545 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
05 Mar 2026, 11:26:47, EST

Denise Carlon, Esq. (317226)      ☐
Matthew Fissel, Esq. (314567)     ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: bb4ced50caae4010cb4a9ba09a8268a488a1e82b438c8a4737ad32cd57e95ab1