**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:Bryan K. Ward,<br>     Elizabeth A. Ward, | : | Bankruptcy No. 26-20545-CMB |
| | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| _____ | : | |
| Bryan K. Ward, | : | Document No. |
| Elizabeth A. Ward, | : | |
| | : | Related to Document No.   14 |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

**ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN,
STATEMENT OF AFFAIRS, AND RELATED DOCUMENTS**

AND NOW, upon consideration of Debtors' Motion for Order Extending Time to File

Schedules, Plan, Statement of Financial Affairs, and other Related Documents, it is hereby

ORDERED, ADJUDGED and DECREED that the deadline for Debtors to file their schedules,

plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record,

Summary of Schedules and other related documents is hereby extended to March 27, 2026. It is

further ORDERED that this Order is entered without prejudice to the Debtors' right to seek

further extensions of such deadline, should circumstances so require.

Dated: _____March 16, 2026_____

_____**dmr**
United States Bankruptcy Judge

FILED
3/16/26 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 26-20545-CMB

Bryan K. Ward                                                         Chapter 13

Elizabeth A. Ward

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                                      Page 1 of 2
Date Rcvd: Mar 16, 2026                   Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID                 Recipient Name and Address**
db/jdb              +  Bryan K. Ward, Elizabeth A. Ward, 119 Rembrandt Drive, Butler, PA 16002-7557

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

**Name                        Email Address**

Brian C. Thompson

                             on behalf of Debtor Bryan K. Ward bthompson@ThompsonAttorney.com
                             bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson

                             on behalf of Joint Debtor Elizabeth A. Ward bthompson@ThompsonAttorney.com
                             bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Matthew Fissel

                             on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

                             ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Mar 16, 2026                       Form ID: pdf900                          Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 5