IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 2:26-bk-20545 |
|    Bryan K. Ward | : | |
|    Elizabeth A. Ward | : | Chapter 13 |
| | : | |
|                Debtor | : | |
| | : | Related to Document No. |
|    Bryan K. Ward | : | |
|    Elizabeth A. Ward | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
|        v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Brian C. Thompson, Esquire__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Klarna, Inc.
800 N. High St, Ste. 400
Columbus, OH 4321

UPMC
200 Lothrop Street
Pittsburgh, PA 15213

Snap On Credit
950 TECHNOLOGY WAY, SUITE 301
Libertyville, IL 60048

By: /s/ Brian C. Thompson, Esquire

Signature

Brian C. Thompson, Esquire

Typed Name

301 Smith Drive, Suite 6
Suite 200
Cranberry Township, PA 16066

Address

(724) 799-8404    Fax:(724) 799-8409

Phone No.

91197 PA

List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2026 Best Case LLC - www.bestcase.com

Best Case Bankruptcy