# United States Bankruptcy Court
## Western District of Pennsylvania

In re    Bryan K. Ward _____  Case No.    26-20545 _____

_____  Debtor(s)  Chapter    13 _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  Bryan K. Ward , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOX ES):

☒   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   March 26, 2026 _____        Signature   /s/ Bryan K. Ward. _____

                                              Bryan K. Ward, Debtor

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com                                        Best Case Bankruptcy