**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

paylocity

Direct Deposit Advice

| | |
|---|---|
| **Check Date** | **Voucher Number** |
| August 1, 2025 | 57925 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits  Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***0953 | 3,284.70 |
| **Total Direct Deposits** | | **3,284.70** |

143101    0305-484002-NA    176062 57925 49505    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                                                                              **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **176062** | Fed Taxable Income | **4,280.77** | Check Date | **August 1, 2025** | Voucher Number | **57925** |
| Location | **0305-484002-NA** | Fed Filing Status | **M** | Period Beginning | **July 20, 2025** | Net Pay | **3,284.70** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **August 2, 2025** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD | | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 | | 401k | 209.54 | 3,504.76 |
| 401k Match | | 0.00 | 104.77 | 1,752.38 | | 401k Loan 1 | 80.16 | 1,015.20 |
| Birthday | | | | 523.84 | | Accident Protection Insurance | 12.80 | 192.00 |
| Discretion | | | | 7,023.40 | | Child Crit Illness | 0.30 | 4.50 |
| ER Cost of | | 0.00 | 1.46 | 21.90 | | Comm Allowance | | -700.00 |
| ER Cost of | | 0.00 | 20.06 | 300.90 | | Critical Illness Insurance | 24.90 | 373.50 |
| ER Cost of | | 0.00 | 2.15 | 32.25 | | DEN | 60.17 | 902.55 |
| ER Cost of | | 0.00 | 8.03 | 120.45 | | Flex Spending Account | 137.50 | 2,062.50 |
| ER Cost of | | 0.00 | 12.38 | 185.70 | | GROUP TERM LIFE CALCULA | 10.19 | 163.04 |
| ER Cost of | | 0.00 | 1,260.32 | 18,904.80 | | Healthcare FSA ER Contribution | | 250.00 |
| ER Cost of | | 0.00 | 1.21 | 18.15 | | Hospital Indemnity Insurance | 33.62 | 504.30 |
| GROUP TE | | 0.00 | 10.19 | 163.04 | | Medical Ins | 575.00 | 8,625.00 |
| Harmony D | | | | 510.00 | | Spouse Crit Illness | 12.45 | 186.75 |
| Healthcare | | | | 250.00 | | Vision Insurance | 10.67 | 160.05 |
| Holiday | | | | 3,370.36 | | Voluntary Child AD&D Insurance | 0.15 | 2.25 |
| Regular | 65.48 | 80.00 | 5,238.46 | 71,972.38 | | Voluntary Child Life Insurance | 0.84 | 12.60 |
| Retro | | | | 318.46 | | Voluntary Employee AD&D Ins | 2.24 | 33.60 |
| Wellness C | | 0.00 | 25.00 | 375.00 | | Voluntary Employee Life Ins | 22.40 | 336.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **88,406.48** | | Other | 4.98 | 74.70 |
| | | | | | | **Deductions** | **1,197.91** | **17,703.30** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 259.51 | 5,120.08 |
| MED | | | 65.11 | 1,111.52 |
| PA | | | 137.54 | 2,348.35 |
| PA-100102 | | | 44.80 | 764.92 |
| PA-BUTC | | | 2.00 | 32.00 |
| PASUI-E | | | 3.68 | 61.76 |
| SS | | | 278.40 | 4,752.69 |
| **Taxes** | | | **791.04** | **14,191.32** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Citizens Bank | C    ***0953 | 3,284.70 |
| **Total Direct Deposits** | | **3,284.70** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time Off (i.e. DTO, BDAY, HARM, etc.) is from previous pay period, 7/6/25-7/19/25.

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | August 15, 2025 | 58355 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,284.70 |
| **Total Direct Deposits** | | | **3,284.70** |

143101    0305-484002-NA    176062 58355 49874    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **176062** | Fed Taxable Income | **4,280.77** | Check Date | **August 15, 2025** |
| Location | **0305-484002-NA** | Fed Filing Status | **M** | Period Beginning | **August 3, 2025** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **August 16, 2025** |

| | | |
|---|---|---|
| Voucher Number | | **58355** |
| Net Pay | | **3,284.70** |
| Total Hours Worked | | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 1,857.15 |
| Birthday | | | | 523.84 |
| Discretion | | | | 7,023.40 |
| ER Cost of | | 0.00 | 1.46 | 23.36 |
| ER Cost of | | 0.00 | 20.06 | 320.96 |
| ER Cost of | | 0.00 | 2.15 | 34.40 |
| ER Cost of | | 0.00 | 8.03 | 128.48 |
| ER Cost of | | 0.00 | 12.38 | 198.08 |
| ER Cost of | | 0.00 | 1,260.32 | 20,165.12 |
| ER Cost of | | 0.00 | 1.21 | 19.36 |
| GROUP TE | | 0.00 | 10.19 | 173.23 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,370.36 |
| Regular | 65.48 | 80.00 | 5,238.46 | 77,210.84 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 400.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **93,680.13** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 259.51 | 5,379.59 |
| MED | | | 65.11 | 1,176.63 |
| PA | | | 137.54 | 2,485.89 |
| PA-100102 | | | 44.80 | 809.72 |
| PA-BUTC | | | 2.00 | 34.00 |
| PASUI-E | | | 3.68 | 65.44 |
| SS | | | 278.40 | 5,031.09 |
| **Taxes** | | | **791.04** | **14,982.36** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 3,714.30 |
| 401k Loan 1 | 80.16 | 1,095.36 |
| Accident Protection Insurance | 12.80 | 204.80 |
| Child Crit Illness | 0.30 | 4.80 |
| Comm Allowance | | -700.00 |
| Critical Illness Insurance | 24.90 | 398.40 |
| DEN | 60.17 | 962.72 |
| Flex Spending Account | 137.50 | 2,200.00 |
| GROUP TERM LIFE CALCULA | 10.19 | 173.23 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 537.92 |
| Medical Ins | 575.00 | 9,200.00 |
| Spouse Crit Illness | 12.45 | 199.20 |
| Vision Insurance | 10.67 | 170.72 |
| Voluntary Child AD&D Insurance | 0.15 | 2.40 |
| Voluntary Child Life Insurance | 0.84 | 13.44 |
| Voluntary Employee AD&D Ins | 2.24 | 35.84 |
| Voluntary Employee Life Ins | 22.40 | 358.40 |
| Other | 4.98 | 79.68 |
| **Deductions** | **1,197.91** | **18,901.21** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Citizens Bank | C    ***0953 | 3,284.70 |
| **Total Direct Deposits** | | **3,284.70** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time Off (i.e. DTO, BDAY, HARM, etc.) is from previous pay period 7/20/25-8/2/25.

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | August 29, 2025 | 58830 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 4,063.22 |
| **Total Direct Deposits** | | | **4,063.22** |

143101    0305-484002-NA    176062 58830 50287    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA 16002

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                        **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | **5,039.11** | Check Date | **August 29, 2025** | Voucher Number | **58830** |
| Location | 0305-484002-NA | Fed Filing Status | **M** | Period Beginning | **August 17, 2025** | Net Pay | **4,063.22** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **August 30, 2025** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 1,961.92 |
| Birthday | | | | 523.84 |
| Discretion | | | | 7,023.40 |
| ER Cost of | | | | 23.36 |
| ER Cost of | | | | 320.96 |
| ER Cost of | | | | 34.40 |
| ER Cost of | | | | 128.48 |
| ER Cost of | | | | 198.08 |
| ER Cost of | | | | 20,165.12 |
| ER Cost of | | | | 19.36 |
| GROUP TE | | 0.00 | 10.19 | 183.42 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,370.36 |
| Regular | 65.48 | 80.00 | 5,238.46 | 82,449.30 |
| Retro | | | | 318.46 |
| Wellness C | | | | 400.00 |
| **Gross Earnings** | | **80.00** | **5,248.65** | **98,928.78** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 365.14 | 5,744.73 |
| MED | | | 76.11 | 1,252.74 |
| PA | | | 160.82 | 2,646.71 |
| PA-100102 | | | 52.38 | 862.10 |
| PA-BUTC | | | 2.00 | 36.00 |
| PASUI-E | | | 3.67 | 69.11 |
| SS | | | 325.42 | 5,356.51 |
| **Taxes** | | | **985.54** | **15,967.90** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 3,923.84 |
| 401k Loan 1 | 80.16 | 1,175.52 |
| Accident Protection Insurance | | 204.80 |
| Child Crit Illness | | 4.80 |
| Comm Allowance | -100.00 | -800.00 |
| Critical Illness Insurance | | 398.40 |
| DEN | | 962.72 |
| Flex Spending Account | | 2,200.00 |
| GROUP TERM LIFE CALCULA | 10.19 | 183.42 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | | 537.92 |
| Medical Ins | | 9,200.00 |
| Spouse Crit Illness | | 199.20 |
| Vision Insurance | | 170.72 |
| Voluntary Child AD&D Insurance | | 2.40 |
| Voluntary Child Life Insurance | | 13.44 |
| Voluntary Employee AD&D Ins | | 35.84 |
| Voluntary Employee Life Ins | | 358.40 |
| Other | | 79.68 |
| **Deductions** | **199.89** | **19,101.10** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 4,063.22 |
| **Total Direct Deposits** | | | **4,063.22** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time Off (i.e. DTO, BDAY, HOL, etc.) are from previous pay period (8/3/25 - 8/16/25)

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | September 12, 2025 | 59355 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,284.70 |
| **Total Direct Deposits** | | | **3,284.70** |

143101    0305-484002-NA    176062 59355 50745    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                                                                      **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | **4,280.77** | Check Date | **September 12, 2025** |
| Location | 0305-484002-NA | Fed Filing Status | **M** | Period Beginning | **August 31, 2025** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **September 13, 2025** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **59355** |
| Net Pay | **3,284.70** |
| Total Hours Worked | **64.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,066.69 |
| Birthday | | | | 523.84 |
| Discretion | 65.48 | 16.00 | 1,047.68 | 8,071.08 |
| ER Cost of | | 0.00 | 1.46 | 24.82 |
| ER Cost of | | 0.00 | 20.06 | 341.02 |
| ER Cost of | | 0.00 | 2.15 | 36.55 |
| ER Cost of | | 0.00 | 8.03 | 136.51 |
| ER Cost of | | 0.00 | 12.38 | 210.46 |
| ER Cost of | | 0.00 | 1,260.32 | 21,425.44 |
| ER Cost of | | 0.00 | 1.21 | 20.57 |
| GROUP TE | | 0.00 | 10.19 | 193.61 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,370.36 |
| Regular | 65.48 | 64.00 | 4,190.78 | 86,640.08 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 425.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **104,202.43** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 4,133.38 |
| 401k Loan 1 | 80.16 | 1,255.68 |
| Accident Protection Insurance | 12.80 | 217.60 |
| Child Crit Illness | 0.30 | 5.10 |
| Comm Allowance | | -800.00 |
| Critical Illness Insurance | 24.90 | 423.30 |
| DEN | 60.17 | 1,022.89 |
| Flex Spending Account | 137.50 | 2,337.50 |
| GROUP TERM LIFE CALCULA | 10.19 | 193.61 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 571.54 |
| Medical Ins | 575.00 | 9,775.00 |
| Spouse Crit Illness | 12.45 | 211.65 |
| Vision Insurance | 10.67 | 181.39 |
| Voluntary Child AD&D Insurance | 0.15 | 2.55 |
| Voluntary Child Life Insurance | 0.84 | 14.28 |
| Voluntary Employee AD&D Ins | 2.24 | 38.08 |
| Voluntary Employee Life Ins | 22.40 | 380.80 |
| Other | 4.98 | 84.66 |
| **Deductions** | **1,197.91** | **20,299.01** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 259.51 | 6,004.24 |
| MED | 65.11 | 1,317.85 |
| PA | 137.54 | 2,784.25 |
| PA-100102 | 44.80 | 906.90 |
| PA-BUTC | 2.00 | 38.00 |
| PASUI-E | 3.68 | 72.79 |
| SS | 278.40 | 5,634.91 |
| **Taxes** | **791.04** | **16,758.94** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,284.70 |
| **Total Direct Deposits** | | | **3,284.70** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time Off (i.e. DTO, BDAY, HARM, etc.) from previous pay period 8/17/25-8/30/25

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | September 26, 2025 | 59919 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

143101    0305-484002-NA    176062 59919 51249    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                                          **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | **4,280.77** | Check Date | **September 26, 2025** | Voucher Number **59919** |
| Location | 0305-484002-NA | Fed Filing Status | **M** | Period Beginning | **September 14, 2025** | Net Pay **3,384.70** |
| Salary | $5,238.46 | State Filing Status | **M-0** | Period Ending | **September 27, 2025** | Total Hours Worked **72.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,171.46 |
| Birthday | | | | 523.84 |
| Discretion | | | | 8,071.08 |
| ER Cost of | | 0.00 | 1.46 | 26.28 |
| ER Cost of | | 0.00 | 20.06 | 361.08 |
| ER Cost of | | 0.00 | 2.15 | 38.70 |
| ER Cost of | | 0.00 | 8.03 | 144.54 |
| ER Cost of | | 0.00 | 12.38 | 222.84 |
| ER Cost of | | 0.00 | 1,260.32 | 22,685.76 |
| ER Cost of | | 0.00 | 1.21 | 21.78 |
| GROUP TE | | 0.00 | 10.19 | 203.80 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | 65.48 | 8.00 | 523.84 | 3,894.20 |
| Regular | 65.48 | 72.00 | 4,714.62 | 91,354.70 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 450.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **109,476.08** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 259.51 | 6,263.75 |
| MED | | 65.11 | 1,382.96 |
| PA | | 137.54 | 2,921.79 |
| PA-100102 | | 44.80 | 951.70 |
| PA-BUTC | | 2.00 | 40.00 |
| PASUI-E | | 3.68 | 76.47 |
| SS | | 278.40 | 5,913.31 |
| **Taxes** | | **791.04** | **17,549.98** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 4,342.92 |
| 401k Loan 1 | 80.16 | 1,335.84 |
| Accident Protection Insurance | 12.80 | 230.40 |
| Child Crit Illness | 0.30 | 5.40 |
| Comm Allowance | -100.00 | -900.00 |
| Critical Illness Insurance | 24.90 | 448.20 |
| DEN | 60.17 | 1,083.06 |
| Flex Spending Account | 137.50 | 2,475.00 |
| GROUP TERM LIFE CALCULA | 10.19 | 203.80 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 605.16 |
| Medical Ins | 575.00 | 10,350.00 |
| Spouse Crit Illness | 12.45 | 224.10 |
| Vision Insurance | 10.67 | 192.06 |
| Voluntary Child AD&D Insurance | 0.15 | 2.70 |
| Voluntary Child Life Insurance | 0.84 | 15.12 |
| Voluntary Employee AD&D Ins | 2.24 | 40.32 |
| Voluntary Employee Life Ins | 22.40 | 403.20 |
| Other | 4.98 | 89.64 |
| **Deductions** | **1,097.91** | **21,396.92** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time Off (i.e. DTO, HOL, BDAY, etc. from previous pay period 8/31-9/13)

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | October 10, 2025 | 60442 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,284.70 |
| **Total Direct Deposits** | | | **3,284.70** |

143101   0305-484002-NA   176062 60442 51704   **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

**Software One Inc**

**Elizabeth Anne Ward**                                                                 **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **176062** | Fed Taxable Income | **4,280.77** | Check Date | **October 10, 2025** | Voucher Number **60442** |
| Location | **0305-484002-NA** | Fed Filing Status | **M** | Period Beginning | **September 28, 2025** | Net Pay **3,284.70** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **October 11, 2025** | Total Hours Worked **24.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,276.23 |
| Birthday | | | | 523.84 |
| Discretion | 65.48 | 56.00 | 3,666.88 | 11,737.96 |
| ER Cost of | | 0.00 | 1.46 | 27.74 |
| ER Cost of | | 0.00 | 20.06 | 381.14 |
| ER Cost of | | 0.00 | 2.15 | 40.85 |
| ER Cost of | | 0.00 | 8.03 | 152.57 |
| ER Cost of | | 0.00 | 12.38 | 235.22 |
| ER Cost of | | 0.00 | 1,260.32 | 23,946.08 |
| ER Cost of | | 0.00 | 1.21 | 22.99 |
| GROUP TE | | 0.00 | 10.19 | 213.99 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,894.20 |
| Regular | 65.48 | 24.00 | 1,571.58 | 92,926.28 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 475.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **114,749.73** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 259.51 | 6,523.26 |
| MED | | 65.11 | 1,448.07 |
| PA | | 137.54 | 3,059.33 |
| PA-100102 | | 44.80 | 996.50 |
| PA-BUTC | | 2.00 | 42.00 |
| PASUI-E | | 3.68 | 80.15 |
| SS | | 278.40 | 6,191.71 |
| **Taxes** | | **791.04** | **18,341.02** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 4,552.46 |
| 401k Loan 1 | 80.16 | 1,416.00 |
| Accident Protection Insurance | 12.80 | 243.20 |
| Child Crit Illness | 0.30 | 5.70 |
| Comm Allowance | | -900.00 |
| Critical Illness Insurance | 24.90 | 473.10 |
| DEN | 60.17 | 1,143.23 |
| Flex Spending Account | 137.50 | 2,612.50 |
| GROUP TERM LIFE CALCULA | 10.19 | 213.99 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 638.78 |
| Medical Ins | 575.00 | 10,925.00 |
| Spouse Crit Illness | 12.45 | 236.55 |
| Vision Insurance | 10.67 | 202.73 |
| Voluntary Child AD&D Insurance | 0.15 | 2.85 |
| Voluntary Child Life Insurance | 0.84 | 15.96 |
| Voluntary Employee AD&D Ins | 2.24 | 42.56 |
| Voluntary Employee Life Ins | 22.40 | 425.60 |
| Other | 4.98 | 94.62 |
| **Deductions** | **1,197.91** | **22,594.83** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Citizens Bank | C   ***0953 | 3,284.70 |
| **Total Direct Deposits** | | **3,284.70** |

| | Available Plan Year | |
|---|---|---|
| Time Off | To Use | Used |
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

🔵 paylocity

Direct Deposit Advice

**Check Date**
October 24, 2025

**Voucher Number**
60952

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |

DIRECT DEPOSIT VOUCHER

**Total Direct Deposits** 3,384.70

143101   0305-484002-NA   176062 60952 52151   **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA 16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | **4,280.77** | Check Date | **October 24, 2025** |
| Location | 0305-484002-NA | Fed Filing Status | **M** | Period Beginning | **October 12, 2025** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **October 25, 2025** |

| | | | |
|---|---|---|---|
| Voucher Number | **60952** |
| Net Pay | **3,384.70** |
| Total Hours Worked | **76.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,381.00 |
| Birthday | | | | 523.84 |
| Discretion | 65.48 | 4.00 | 261.92 | 11,999.88 |
| ER Cost of | | 0.00 | 1.46 | 29.20 |
| ER Cost of | | 0.00 | 20.06 | 401.20 |
| ER Cost of | | 0.00 | 2.15 | 43.00 |
| ER Cost of | | 0.00 | 8.03 | 160.60 |
| ER Cost of | | 0.00 | 12.38 | 247.60 |
| ER Cost of | | 0.00 | 1,260.32 | 25,206.40 |
| ER Cost of | | 0.00 | 1.21 | 24.20 |
| GROUP TE | | 0.00 | 10.19 | 224.18 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,894.20 |
| Regular | 65.48 | 76.00 | 4,976.54 | 97,902.82 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 500.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **120,023.38** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 4,762.00 |
| 401k Loan 1 | 80.16 | 1,496.16 |
| Accident Protection Insurance | 12.80 | 256.00 |
| Child Crit Illness | 0.30 | 6.00 |
| Comm Allowance | -100.00 | -1,000.00 |
| Critical Illness Insurance | 24.90 | 498.00 |
| DEN | 60.17 | 1,203.40 |
| Flex Spending Account | 137.50 | 2,750.00 |
| GROUP TERM LIFE CALCULA | 10.19 | 224.18 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 672.40 |
| Medical Ins | 575.00 | 11,500.00 |
| Spouse Crit Illness | 12.45 | 249.00 |
| Vision Insurance | 10.67 | 213.40 |
| Voluntary Child AD&D Insurance | 0.15 | 3.00 |
| Voluntary Child Life Insurance | 0.84 | 16.80 |
| Voluntary Employee AD&D Ins | 2.24 | 44.80 |
| Voluntary Employee Life Ins | 22.40 | 448.00 |
| Other | 4.98 | 99.60 |
| **Deductions** | **1,097.91** | **23,692.74** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 259.51 | 6,782.77 |
| MED | 65.11 | 1,513.18 |
| PA | 137.54 | 3,196.87 |
| PA-100102 | 44.80 | 1,041.30 |
| PA-BUTC | 2.00 | 44.00 |
| PASUI-E | 3.68 | 83.83 |
| SS | 278.40 | 6,470.11 |
| **Taxes** | **791.04** | **19,132.06** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

| Time Off | Available Plan Year To Use | Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time off (i.e. DTO, HARM, BDAY, etc.) from previous pay period (9/28-10/11)

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

 paylocity

Direct Deposit Advice

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | November 7, 2025 | | 61362 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits  Type | | Account | Amount |
|---|---|---|---|
| Citizens Bank  C | | ***0953 | 3,284.70 |
| **Total Direct Deposits** | | | **3,284.70** |

143101   0305-484002-NA   176062 61362 52497   **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                                                **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **176062** | Fed Taxable Income | **4,280.77** | Check Date | **November 7, 2025** |
| Location | **0305-484002-NA** | Fed Filing Status | **M** | Period Beginning | **October 26, 2025** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **November 8, 2025** |

| | | | | | |
|---|---|---|---|---|
| Voucher Number | **61362** |
| Net Pay | **3,284.70** |
| Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,485.77 |
| Birthday | | | | 523.84 |
| Discretion | | | | 11,999.88 |
| ER Cost of | | 0.00 | 1.46 | 30.66 |
| ER Cost of | | 0.00 | 20.06 | 421.26 |
| ER Cost of | | 0.00 | 2.15 | 45.15 |
| ER Cost of | | 0.00 | 8.03 | 168.63 |
| ER Cost of | | 0.00 | 12.38 | 259.98 |
| ER Cost of | | 0.00 | 1,260.32 | 26,466.72 |
| ER Cost of | | 0.00 | 1.21 | 25.41 |
| GROUP TE | | 0.00 | 10.19 | 234.37 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,894.20 |
| Regular | 65.48 | 80.00 | 5,238.46 | 103,141.28 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 525.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **125,297.03** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 259.51 | 7,042.28 |
| MED | 65.11 | 1,578.29 |
| PA | 137.54 | 3,334.41 |
| PA-100102 | 44.80 | 1,086.10 |
| PA-BUTC | 2.00 | 46.00 |
| PASUI-E | 3.68 | 87.51 |
| SS | 278.40 | 6,748.51 |
| **Taxes** | **791.04** | **19,923.10** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 4,971.54 |
| 401k Loan 1 | 80.16 | 1,576.32 |
| Accident Protection Insurance | 12.80 | 268.80 |
| Child Crit Illness | 0.30 | 6.30 |
| Comm Allowance | | -1,000.00 |
| Critical Illness Insurance | 24.90 | 522.90 |
| DEN | 60.17 | 1,263.57 |
| Flex Spending Account | 137.50 | 2,887.50 |
| GROUP TERM LIFE CALCULA | 10.19 | 234.37 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 706.02 |
| Medical Ins | 575.00 | 12,075.00 |
| Spouse Crit Illness | 12.45 | 261.45 |
| Vision Insurance | 10.67 | 224.07 |
| Voluntary Child AD&D Insurance | 0.15 | 3.15 |
| Voluntary Child Life Insurance | 0.84 | 17.64 |
| Voluntary Employee AD&D Ins | 2.24 | 47.04 |
| Voluntary Employee Life Ins | 22.40 | 470.40 |
| Other | 4.98 | 104.58 |
| **Deductions** | **1,197.91** | **24,890.65** |

| Direct Deposits | Type Account | | Amount |
|---|---|---|---|
| Citizens Bank | C   ***0953 | | 3,284.70 |
| **Total Direct Deposits** | | | **3,284.70** |

| | Available | Plan Year |
|---|---|---|
| **Time Off** | **To Use** | **Used** |
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time off (i.e. DTO, HARM, BDAY, etc.) is from previous pay period (10/12 - 10/25).

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

○ paylocity

Direct Deposit Advice

| **Check Date** | | **Voucher Number** |
|---|---|---|
| November 21, 2025 | | 61860 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

143101   0305-484002-NA   176062 61860 52930   **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                    **Earnings Statement**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | 4,280.77 | Check Date | November 21, 2025 | Voucher Number | 61860 |
| Location | 0305-484002-NA | Fed Filing Status | M | Period Beginning | November 9, 2025 | Net Pay | 3,384.70 |
| Salary | $5,238.46 | State Filing Status | M-0 | Period Ending | November 22, 2025 | Total Hours Worked | 64.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,590.54 |
| Birthday | | | | 523.84 |
| Discretion | 65.48 | 16.00 | 1,047.68 | 13,047.56 |
| ER Cost of | | 0.00 | 1.46 | 32.12 |
| ER Cost of | | 0.00 | 20.06 | 441.32 |
| ER Cost of | | 0.00 | 2.15 | 47.30 |
| ER Cost of | | 0.00 | 8.03 | 176.66 |
| ER Cost of | | 0.00 | 12.38 | 272.36 |
| ER Cost of | | 0.00 | 1,260.32 | 27,727.04 |
| ER Cost of | | 0.00 | 1.21 | 26.62 |
| GROUP TE | | 0.00 | 10.19 | 244.56 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | | | | 3,894.20 |
| Regular | 65.48 | 64.00 | 4,190.78 | 107,332.06 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 550.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **130,570.68** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 259.51 | 7,301.79 |
| MED | 65.11 | 1,643.40 |
| PA | 137.54 | 3,471.95 |
| PA-100102 | 44.80 | 1,130.90 |
| PA-BUTC | 2.00 | 48.00 |
| PASUI-E | 3.68 | 91.19 |
| SS | 278.40 | 7,026.91 |
| **Taxes** | **791.04** | **20,714.14** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 5,181.08 |
| 401k Loan 1 | 80.16 | 1,656.48 |
| Accident Protection Insurance | 12.80 | 281.60 |
| Child Crit Illness | 0.30 | 6.60 |
| Comm Allowance | -100.00 | -1,100.00 |
| Critical Illness Insurance | 24.90 | 547.80 |
| DEN | 60.17 | 1,323.74 |
| Flex Spending Account | 137.50 | 3,025.00 |
| GROUP TERM LIFE CALCULA | 10.19 | 244.56 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 739.64 |
| Medical Ins | 575.00 | 12,650.00 |
| Spouse Crit Illness | 12.45 | 273.90 |
| Vision Insurance | 10.67 | 234.74 |
| Voluntary Child AD&D Insurance | 0.15 | 3.30 |
| Voluntary Child Life Insurance | 0.84 | 18.48 |
| Voluntary Employee AD&D Ins | 2.24 | 49.28 |
| Voluntary Employee Life Ins | 22.40 | 492.80 |
| Other | 4.98 | 109.56 |
| **Deductions** | **1,097.91** | **25,988.56** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | December 5, 2025 | 62367 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,284.66 |
| **Total Direct Deposits** | | | **3,284.66** |

143101    0305-484002-NA    176062 62367 53374    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                                                                    **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | **4,280.77** | Check Date | **December 5, 2025** | Voucher Number | **62367** |
| Location | 0305-484002-NA | Fed Filing Status | **M** | Period Beginning | **November 23, 2025** | Net Pay | **3,284.66** |
| Salary | **$5,238.46** | State Filing Status | **M-0** | Period Ending | **December 6, 2025** | Total Hours Worked | **72.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,695.31 |
| Birthday | | | | 523.84 |
| Discretion | | | | 13,047.56 |
| ER Cost of | | 0.00 | 1.46 | 33.58 |
| ER Cost of | | 0.00 | 20.06 | 461.38 |
| ER Cost of | | 0.00 | 2.15 | 49.45 |
| ER Cost of | | 0.00 | 8.03 | 184.69 |
| ER Cost of | | 0.00 | 12.38 | 284.74 |
| ER Cost of | | 0.00 | 1,260.32 | 28,987.36 |
| ER Cost of | | 0.00 | 1.21 | 27.83 |
| GROUP TE | | 0.00 | 10.19 | 254.75 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | 65.48 | 8.00 | 523.84 | 4,418.04 |
| Regular | 65.48 | 72.00 | 4,714.62 | 112,046.68 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 575.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **135,844.33** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 259.51 | 7,561.30 |
| MED | 65.11 | 1,708.51 |
| PA | 137.54 | 3,609.49 |
| PA-100102 | 44.80 | 1,175.70 |
| PA-BUTC | 2.00 | 50.00 |
| PASUI-E | 3.72 | 94.91 |
| SS | 278.40 | 7,305.31 |
| **Taxes** | **791.08** | **21,505.22** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 5,390.62 |
| 401k Loan 1 | 80.16 | 1,736.64 |
| Accident Protection Insurance | 12.80 | 294.40 |
| Child Crit Illness | 0.30 | 6.90 |
| Comm Allowance | | -1,100.00 |
| Critical Illness Insurance | 24.90 | 572.70 |
| DEN | 60.17 | 1,383.91 |
| Flex Spending Account | 137.50 | 3,162.50 |
| GROUP TERM LIFE CALCULA | 10.19 | 254.75 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 773.26 |
| Medical Ins | 575.00 | 13,225.00 |
| Spouse Crit Illness | 12.45 | 286.35 |
| Vision Insurance | 10.67 | 245.41 |
| Voluntary Child AD&D Insurance | 0.15 | 3.45 |
| Voluntary Child Life Insurance | 0.84 | 19.32 |
| Voluntary Employee AD&D Ins | 2.24 | 51.52 |
| Voluntary Employee Life Ins | 22.40 | 515.20 |
| Other | 4.98 | 114.54 |
| **Deductions** | **1,197.91** | **27,186.47** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Citizens Bank | C      ***0953 | 3,284.66 |
| **Total Direct Deposits** | | **3,284.66** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time off (i.e. DTO, HOL, BDAY, etc.) is from previous pay period 11-9/25 through 11/22/25.

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

⬤ **paylocity**

Direct Deposit Advice

| | **Check Date**<br>December 19, 2025 | **Voucher Number**<br>62871 |
|---|---|---|

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

143101   0305-484002-NA   176062 62871 53813   **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                                                   **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 176062 | Fed Taxable Income | **4,280.77** | Check Date | **December 19, 2025** | Voucher Number | **62871** |
| Location | 0305-484002-NA | Fed Filing Status | **M** | Period Beginning | **December 7, 2025** | Net Pay | **3,384.70** |
| Salary | $5,238.46 | State Filing Status | **M-0** | Period Ending | **December 20, 2025** | Total Hours Worked | **56.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 2024 H2 Bo | | | | 3,900.00 |
| 401k Match | | 0.00 | 104.77 | 2,800.08 |
| Birthday | | | | 523.84 |
| Discretion | 65.48 | 8.00 | 523.84 | 13,571.40 |
| ER Cost of | | 0.00 | 1.46 | 35.04 |
| ER Cost of | | 0.00 | 20.06 | 481.44 |
| ER Cost of | | 0.00 | 2.15 | 51.60 |
| ER Cost of | | 0.00 | 8.03 | 192.72 |
| ER Cost of | | 0.00 | 12.38 | 297.12 |
| ER Cost of | | 0.00 | 1,260.32 | 30,247.68 |
| ER Cost of | | 0.00 | 1.21 | 29.04 |
| GROUP TE | | 0.00 | 10.19 | 264.94 |
| Harmony D | | | | 510.00 |
| Healthcare | | | | 250.00 |
| Holiday | 65.48 | 16.00 | 1,047.68 | 5,465.72 |
| Regular | 65.48 | 56.00 | 3,666.94 | 115,713.62 |
| Retro | | | | 318.46 |
| Wellness C | | 0.00 | 25.00 | 600.00 |
| **Gross Earnings** | | **80.00** | **5,273.65** | **141,117.98** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 259.51 | 7,820.81 |
| MED | | | 65.11 | 1,773.62 |
| PA | | | 137.54 | 3,747.03 |
| PA-100102 | | | 44.80 | 1,220.50 |
| PA-BUTC | | | 2.00 | 52.00 |
| PASUI-E | | | 3.68 | 98.59 |
| SS | | | 278.40 | 7,583.71 |
| **Taxes** | | | **791.04** | **22,296.26** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 5,600.16 |
| 401k Loan 1 | 80.16 | 1,816.80 |
| Accident Protection Insurance | 12.80 | 307.20 |
| Child Crit Illness | 0.30 | 7.20 |
| Comm Allowance | -100.00 | -1,200.00 |
| Critical Illness Insurance | 24.90 | 597.60 |
| DEN | 60.17 | 1,444.08 |
| Flex Spending Account | 137.50 | 3,300.00 |
| GROUP TERM LIFE CALCULA | 10.19 | 264.94 |
| Healthcare FSA ER Contribution | | 250.00 |
| Hospital Indemnity Insurance | 33.62 | 806.88 |
| Medical Ins | 575.00 | 13,800.00 |
| Spouse Crit Illness | 12.45 | 298.80 |
| Vision Insurance | 10.67 | 256.08 |
| Voluntary Child AD&D Insurance | 0.15 | 3.60 |
| Voluntary Child Life Insurance | 0.84 | 20.16 |
| Voluntary Employee AD&D Ins | 2.24 | 53.76 |
| Voluntary Employee Life Ins | 22.40 | 537.60 |
| Other | 4.98 | 119.52 |
| **Deductions** | **1,097.91** | **28,284.38** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,384.70 |
| **Total Direct Deposits** | | | **3,384.70** |

| Time Off | Available<br>To Use | Plan Year<br>Used |
|---|---|---|
| Birthday | 0.00 | 8.00 |
| Harmony | 8.00 | 0.00 |

IMPORTANT: PLEASE READ

Time off (i.e. DTO, BDAY, HOL, etc.) is from previous pay period 11/23 through 12/6.

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

◯ paylocity

Direct Deposit Advice

| | **Check Date**<br>January 2, 2026 | **Voucher Number**<br>63285 |
| --- | --- | --- |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
| --- | --- | --- | --- |
| Citizens Bank | C | ***0953 | 3,241.98 |
| **Total Direct Deposits** | | | **3,241.98** |

143101   0305-484002-NA   176062 63285 54148   **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

**Software One Inc**

**Elizabeth Anne Ward**                                          **Earnings Statement**

| Employee ID | **176062** | Fed Taxable Income | **4,214.68** | Check Date | **January 2, 2026** | Voucher Number | **63285** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Location | **0305-484002-NA** | Fed Filing Status | **M** | Period Beginning | **December 21, 2025** | Net Pay | **3,241.98** |
| Salary | **$5,762.31** | State Filing Status | **M-0** | Period Ending | **January 3, 2026** | Total Hours Worked | **56.00** |

| Earnings | Rate | Hours | Amount | YTD |
| --- | --- | --- | --- | --- |
| 401k Match | | 0.00 | 104.77 | 104.77 |
| Discretion | 65.48 | 12.00 | 785.76 | 785.76 |
| ER Cost of | | 0.00 | 1.46 | 1.46 |
| ER Cost of | | 0.00 | 20.06 | 20.06 |
| ER Cost of | | 0.00 | 2.15 | 2.15 |
| ER Cost of | | 0.00 | 8.03 | 8.03 |
| ER Cost of | | 0.00 | 12.38 | 12.38 |
| ER Cost of | | 0.00 | 1,520.23 | 1,520.23 |
| ER Cost of | | 0.00 | 1.45 | 1.45 |
| GROUP TE | | 0.00 | 10.19 | 10.19 |
| Holiday | 65.48 | 12.00 | 785.76 | 785.76 |
| Regular | 65.48 | 56.00 | 3,666.94 | 3,666.94 |
| **Gross Earnings** | | **80.00** | **5,248.65** | **5,248.65** |

| Taxes | | | Amount | YTD |
| --- | --- | --- | --- | --- |
| FITW | | | 240.70 | 240.70 |
| MED | | | 64.15 | 64.15 |
| PA | | | 135.51 | 135.51 |
| PA-100102 | | | 44.14 | 44.14 |
| PA-BUTC | | | 2.00 | 2.00 |
| PASUI-E | | | 3.67 | 3.67 |
| SS | | | 274.30 | 274.30 |
| **Taxes** | | | **764.47** | **764.47** |

| Deductions | Amount | YTD |
| --- | --- | --- |
| 401k | 209.54 | 209.54 |
| 401k Loan 1 | 80.16 | 80.16 |
| Accident Protection Insurance | 12.80 | 12.80 |
| Child Crit Illness | 0.30 | 0.30 |
| Critical Illness Insurance | 24.90 | 24.90 |
| DEN | 60.17 | 60.17 |
| Flex Spending Account | 141.66 | 141.66 |
| GROUP TERM LIFE CALCULA | 10.19 | 10.19 |
| Hospital Indemnity Insurance | 33.62 | 33.62 |
| Medical Ins | 611.93 | 611.93 |
| Spouse Crit Illness | 12.45 | 12.45 |
| Vision Insurance | 10.67 | 10.67 |
| Voluntary Child AD&D Insurance | 0.15 | 0.15 |
| Voluntary Child Life Insurance | 0.84 | 0.84 |
| Voluntary Employee AD&D Ins | 2.24 | 2.24 |
| Voluntary Employee Life Ins | 24.00 | 24.00 |
| Voluntary Spouse AD&D Ins | 0.98 | 0.98 |
| Voluntary Spouse Life Ins | 5.60 | 5.60 |
| **Deductions** | **1,242.20** | **1,242.20** |

| Direct Deposits | Type Account | Amount |
| --- | --- | --- |
| Citizens Bank | C      ***0953 | 3,241.98 |
| **Total Direct Deposits** | | **3,241.98** |

| Time Off | Available<br>To Use | Plan Year<br>Used |
| --- | --- | --- |
| Birthday | 8.00 | 8.00 |
| Harmony | 16.00 | 0.00 |

IMPORTANT: PLEASE READ

Time off (i.e. DTO, HOL, HARM, BDAY, etc.) from 12/7 through 12/31 to ensure balances are correct in 2026.

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 16, 2026 | 63704 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 3,241.98 |
| **Total Direct Deposits** | | | **3,241.98** |

DIRECT DEPOSIT VOUCHER

143101    0305-484002-NA    176062 63704 54471    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**

**Earnings Statement**

| Employee ID | 176062 | Fed Taxable Income | 4,214.68 | Check Date | **January 16, 2026** | Voucher Number | 63704 |
|---|---|---|---|---|---|---|---|
| Location | 0305-484002-NA | Fed Filing Status | M | Period Beginning | **January 4, 2026** | Net Pay | 3,241.98 |
| Salary | $5,238.46 | State Filing Status | M-0 | Period Ending | **January 17, 2026** | Total Hours Worked | 72.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 104.77 | 209.54 |
| Discretion | | | | 785.76 |
| ER Cost of | | 0.00 | 1.46 | 2.92 |
| ER Cost of | | 0.00 | 20.06 | 40.12 |
| ER Cost of | | 0.00 | 2.15 | 4.30 |
| ER Cost of | | 0.00 | 8.03 | 16.06 |
| ER Cost of | | 0.00 | 12.38 | 24.76 |
| ER Cost of | | 0.00 | 1,520.23 | 3,040.46 |
| ER Cost of | | 0.00 | 1.45 | 2.90 |
| GROUP TE | | 0.00 | 10.19 | 20.38 |
| Holiday | 65.48 | 8.00 | 523.84 | 1,309.60 |
| Regular | 65.48 | 72.00 | 4,714.62 | 8,381.56 |
| **Gross Earnings** | | **80.00** | **5,248.65** | **10,497.30** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 240.70 | 481.40 |
| MED | | | 64.15 | 128.30 |
| PA | | | 135.51 | 271.02 |
| PA-100102 | | | 44.14 | 88.28 |
| PA-BUTC | | | 2.00 | 4.00 |
| PASUI-E | | | 3.67 | 7.34 |
| SS | | | 274.30 | 548.60 |
| **Taxes** | | | **764.47** | **1,528.94** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 209.54 | 419.08 |
| 401k Loan 1 | 80.16 | 160.32 |
| Accident Protection Insurance | 12.80 | 25.60 |
| Child Crit Illness | 0.30 | 0.60 |
| Critical Illness Insurance | 24.90 | 49.80 |
| DEN | 60.17 | 120.34 |
| Flex Spending Account | 141.66 | 283.32 |
| GROUP TERM LIFE CALCULA | 10.19 | 20.38 |
| Hospital Indemnity Insurance | 33.62 | 67.24 |
| Medical Ins | 611.93 | 1,223.86 |
| Spouse Crit Illness | 12.45 | 24.90 |
| Vision Insurance | 10.67 | 21.34 |
| Voluntary Child AD&D Insurance | 0.15 | 0.30 |
| Voluntary Child Life Insurance | 0.84 | 1.68 |
| Voluntary Employee AD&D Ins | 2.24 | 4.48 |
| Voluntary Employee Life Ins | 24.00 | 48.00 |
| Voluntary Spouse AD&D Ins | 0.98 | 1.96 |
| Voluntary Spouse Life Ins | 5.60 | 11.20 |
| **Deductions** | **1,242.20** | **2,484.40** |

| Direct Deposits | | Type Account | Amount |
|---|---|---|---|
| Citizens Bank | | C     ***0953 | 3,241.98 |
| **Total Direct Deposits** | | | **3,241.98** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 0.00 | 0.00 |
| Harmony | 0.00 | 0.00 |

IMPORTANT: PLEASE READ

Time Off (i.e. HOL, DTO, BDAY, etc.) from 01/01/2026 through 01/02/2026.

Software One Inc | 320 E Buffalo St Ste 200  Milwaukee, WI 53202 | (262) 317-5565 | FEIN: 39-1501504 | PA: 11-23166

**Software One Inc**
320 E Buffalo St
Ste 200
Milwaukee, WI 53202

Direct Deposit Advice

**paylocity**

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | January 30, 2026 | | 64322 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 396.60 |
| **Total Direct Deposits** | | | **396.60** |

143101    0305-484002-NA    176062 64322 55005    **143101**
**Elizabeth Anne Ward**
119 Rembrandt Drive
Butler, PA  16002

## Non Negotiable - This is not a check - Non Negotiable

### Software One Inc

**Elizabeth Anne Ward**                                    **Earnings Statement**

| Employee ID | 176062 | Fed Taxable Income | 603.48 | Check Date | January 30, 2026 | Voucher Number | 64322 |
|---|---|---|---|---|---|---|---|
| Location | 0305-484002-NA | Fed Filing Status | M | Period Beginning | January 18, 2026 | Net Pay | 396.60 |
| Salary | $5,762.31 | State Filing Status | M-0 | Period Ending | January 31, 2026 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 12.57 | 337.36 |
| Discretion | | | | 785.76 |
| ER Cost of | | | | 2.92 |
| ER Cost of | | | | 40.12 |
| ER Cost of | | | | 4.30 |
| ER Cost of | | | | 16.06 |
| ER Cost of | | | | 24.76 |
| ER Cost of | | | | 3,040.46 |
| ER Cost of | | | | 2.90 |
| GROUP TE | | | | 30.57 |
| Holiday | | | | 1,309.60 |
| Regular | | | | 14,143.87 |
| Retro | | 0.00 | 628.62 | 628.62 |
| **Gross Earnings** | | **0.00** | **628.62** | **16,898.42** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 132.77 | 1,055.79 |
| MED | 9.11 | 221.11 |
| PA | 19.30 | 467.22 |
| PA-100102 | 6.29 | 152.19 |
| PA-BUTC | 0.00 | 6.00 |
| PASUI-E | 0.44 | 11.81 |
| SS | 38.97 | 945.47 |
| **Taxes** | **206.88** | **2,859.59** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 25.14 | 674.71 |
| 401k Loan 1 | | 240.48 |
| Accident Protection Insurance | | 25.60 |
| Child Crit Illness | | 0.60 |
| Comm Allowance | | -100.00 |
| Critical Illness Insurance | | 49.80 |
| DEN | | 120.34 |
| Flex Spending Account | | 283.32 |
| GROUP TERM LIFE CALCULA | | 30.57 |
| Hospital Indemnity Insurance | | 67.24 |
| Medical Ins | | 1,223.86 |
| Spouse Crit Illness | | 24.90 |
| Vision Insurance | | 21.34 |
| Voluntary Child AD&D Insurance | | 0.30 |
| Voluntary Child Life Insurance | | 1.68 |
| Voluntary Employee AD&D Ins | | 4.48 |
| Voluntary Employee Life Ins | | 48.00 |
| Voluntary Spouse AD&D Ins | | 1.96 |
| Other | | 11.20 |
| **Deductions** | **25.14** | **2,730.38** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***0953 | 396.60 |
| **Total Direct Deposits** | | | **396.60** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 8.00 | 0.00 |
| Harmony | 8.00 | 0.00 |