| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Bryan K. Ward | Social Security number or ITIN: xxx–xx–1697 |
| | First Name    Middle Name    Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | Elizabeth A. Ward | Social Security number or ITIN: xxx–xx–7255 |
| | First Name    Middle Name    Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:   13    2/27/26 |
| Case number: 26–20545–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Bryan K. Ward | Elizabeth A. Ward |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 119 Rembrandt Drive<br>Butler, PA 16002 | 119 Rembrandt Drive<br>Butler, PA 16002 |
| 4. | **Debtor's attorney**<br>Name and address | Brian C. Thompson<br>Thompson Law Group , PC<br>301 Smith Drive<br>Suite 6<br>Cranberry Township, PA 16066 | Contact phone 724–799–8404<br><br>Email: bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/26/26 |

**For more information, see page 2**

Debtor  **Bryan K. Ward** and **Elizabeth A. Ward**                                                                Case number **26–20545–CMB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 11, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 7/10/26**<br><br><br><br><br><br><br><br><br><br>**Filing deadline: 5/8/26**<br><br>**Filing deadline: 8/26/26**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**5/11/26** at **01:00 PM** , Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 26-20545-CMB |
|---|---|
| Bryan K. Ward | Chapter 13 |
| Elizabeth A. Ward | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: 309iPGH | Total Noticed: 112 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan K. Ward, Elizabeth A. Ward, 119 Rembrandt Drive, Butler, PA 16002-7557 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16641536 | | Nordstrom FSB, PO Box 71466, Philadelphia, PA 19176-1466 |
| 16641556 | | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N Kingshighway St, Perryville, MO 63775-1204 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bthompson@ThompsonAttorney.com | Mar 27 2026 01:30:00 | Brian C. Thompson, Thompson Law Group , PC, 301 Smith Drive, Suite 6, Cranberry Township, PA 16066 |
| aty | + | Email/Text: ebnjts@grblaw.com | Mar 27 2026 01:30:00 | Jeffrey Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | | Email/Text: amps@manleydeas.com | Mar 27 2026 01:30:00 | Adam Bradley Hall, Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Mar 27 2026 01:30:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Mar 27 2026 05:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 27 2026 05:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 27 2026 01:31:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2026 01:30:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16641476 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 27 2026 01:39:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16641475 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 27 2026 01:39:16 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16643917 | + | EDI: AISACG.COM | Mar 27 2026 05:24:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16641477 | | EDI: GMACFS.COM | Mar 27 2026 05:24:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

District/off: 0315-2                                      User: auto                                      Page 2 of 6

Date Rcvd: Mar 26, 2026                                  Form ID: 309iPGH                                Total Noticed: 112

| | | | |
|---|---|---|---|
| 16641479 | EDI: GMACFS.COM | Mar 27 2026 05:24:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 16641478 | EDI: GMACFS.COM | Mar 27 2026 05:24:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 16641480 | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 27 2026 01:30:00 | Aspire Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 16641481 | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 27 2026 01:30:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 16641483 | Email/Text: bk@avant.com | Mar 27 2026 01:31:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 16641482 | + Email/Text: bk@avant.com | Mar 27 2026 01:31:00 | Avant LLC, 222 Merchandise Mart Plz, Chicago, IL 60654-1105 |
| 16641485 | Email/Text: nlorenz@bankofmissouri.com | Mar 27 2026 01:30:00 | Bank of Missouri, Attn: Bankruptcy, PO Box 309, Perryville, MO 63775-0309 |
| 16641484 | EDI: TCISOLUTIONS.COM | Mar 27 2026 05:24:00 | Bank of Missouri, PO Box 85860, Sioux Falls, SD 57118-5860 |
| 16643977 | + EDI: TCISOLUTIONS.COM | Mar 27 2026 05:24:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16641487 | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 27 2026 01:39:15 | Best Egg, Attn: Bankruptcy, PO Box 42912, Philadelphia, PA 19101-2912 |
| 16641486 | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 27 2026 01:39:23 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 16641489 | EDI: AGFINANCE.COM | Mar 27 2026 05:24:00 | Brightway/onemain, Attn: Bankruptcy, PO Box 59, Evansville, IN 47701-0059 |
| 16641488 | EDI: AGFINANCE.COM | Mar 27 2026 05:24:00 | Brightway/onemain, PO Box 3316, Evansville, IN 47732-3316 |
| 16641506 | Email/Text: cfcbackoffice@contfinco.com | Mar 27 2026 01:30:00 | Continental Finance Company, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16641507 | Email/Text: cfcbackoffice@contfinco.com | Mar 27 2026 01:30:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16641512 | Email/Text: bankruptcy@creditfresh.com | Mar 27 2026 01:30:00 | CreditFresh, 200 Continental Dr, Newark, DE 19713-4334 |
| 16641513 | Email/Text: bankruptcy@creditfresh.com | Mar 27 2026 01:30:00 | CreditFresh, 200 Continental Dr, Ste 401, Newark, DE 19713-4337 |
| 16641491 | EDI: CAPITALONE.COM | Mar 27 2026 05:24:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16641490 | EDI: CAPITALONE.COM | Mar 27 2026 05:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16641492 | EDI: CAPITALONE.COM | Mar 27 2026 05:24:00 | Capitalone, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16641494 | ^ MEBN | Mar 27 2026 01:27:33 | Cbna, Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 16641493 | EDI: CITICORP | Mar 27 2026 05:24:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16641497 | EDI: JPMORGANCHASE | Mar 27 2026 05:24:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Ln # LA4, Monroe, LA 71203-4774 |
| 16641495 | + EDI: JPMORGANCHASE | Mar 27 2026 05:24:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 16641496 | EDI: JPMORGANCHASE | Mar 27 2026 05:24:00 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16641499 | EDI: CITICORP | | |

District/off: 0315-2                               User: auto                                    Page 3 of 6
Date Rcvd: Mar 26, 2026                        Form ID: 309iPGH                            Total Noticed: 112

| | | | |
|---|---|---|---|
| | | Mar 27 2026 05:24:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16641498 | EDI: CITICORP | | |
| | | Mar 27 2026 05:24:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16641501 | EDI: WFNNB.COM | | |
| | | Mar 27 2026 05:24:00 | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 16641500 | EDI: WFNNB.COM | | |
| | | Mar 27 2026 05:24:00 | Comenity Bk/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 16641503 | EDI: WFNNB.COM | | |
| | | Mar 27 2026 05:24:00 | Comenity Capital/Famous, Attn: Bankruptcy, PO Box 183003, Columbus, OH 43218-3003 |
| 16641502 | EDI: WFNNB.COM | | |
| | | Mar 27 2026 05:24:00 | Comenity Capital/Famous, PO Box 182120, Columbus, OH 43218-2120 |
| 16641504 | EDI: PHINGENESIS | | |
| | | Mar 27 2026 05:24:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 16641505 | EDI: PHINGENESIS | | |
| | | Mar 27 2026 05:24:00 | Concora Credit, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 16641509 | EDI: CITICORP | | |
| | | Mar 27 2026 05:24:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16641508 | EDI: CITICORP | | |
| | | Mar 27 2026 05:24:00 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 16641510 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 27 2026 01:39:15 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 16641511 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 27 2026 01:39:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16641533 | EDI: CITICORP | | |
| | | Mar 27 2026 05:24:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 16641514 | EDI: DISCOVER | | |
| | | Mar 27 2026 05:24:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16641516 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Mar 27 2026 01:30:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 16641515 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Mar 27 2026 01:30:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 16641518 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Mar 27 2026 01:30:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16641517 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Mar 27 2026 01:30:00 | First Savings Bank/Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16641520 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Mar 27 2026 01:30:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 16641519 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Mar 27 2026 01:30:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 16641521 | EDI: AMINFOFP.COM | | |
| | | Mar 27 2026 05:24:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16641522 | EDI: AMINFOFP.COM | | |
| | | Mar 27 2026 05:24:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16641524 | EDI: PHINGENESIS | | |
| | | Mar 27 2026 05:24:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 16641523 | EDI: PHINGENESIS | | |
| | | Mar 27 2026 05:24:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 16641526 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 27 2026 01:30:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16641525 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| | | | |
|---|---|---|---|
| | | Mar 27 2026 01:30:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16641528 | Email/Text: bankruptcy@webbank.com | | |
| | | Mar 27 2026 01:30:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 16641527 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Mar 27 2026 01:30:00 | Imagine Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 16651183 | + EDI: JPMORGANCHASE | | |
| | | Mar 27 2026 05:24:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-5599, Monroe Louisiana 71203-4774 |
| 16651464 | + Email/Text: bankruptcy.us@klarna.com | | |
| | | Mar 27 2026 01:30:00 | Klarna, Inc., 800 N. High St, Ste. 400, Columbus, OH 43215-1430 |
| 16641529 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 27 2026 01:30:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Mail Stop MS 5/251, Coral Gables, FL 33146-1839 |
| 16641530 | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Mar 27 2026 01:30:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16641531 | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Mar 27 2026 01:30:00 | Loancare LLC, Attn: Bankrutpcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16641544 | Email/Text: EBN@Mohela.com | | |
| | | Mar 27 2026 01:30:00 | Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 16641532 | EDI: CITICORP | | |
| | | Mar 27 2026 05:24:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 16641535 | Email/Text: bankruptcy@marinerfinance.com | | |
| | | Mar 27 2026 01:30:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16641534 | Email/Text: bankruptcy@marinerfinance.com | | |
| | | Mar 27 2026 01:30:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16641537 | EDI: TDBANKNORTH.COM | | |
| | | Mar 27 2026 05:24:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 16650342 | + EDI: AGFINANCE.COM | | |
| | | Mar 27 2026 05:24:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 16641538 | EDI: AGFINANCE.COM | | |
| | | Mar 27 2026 05:24:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16641540 | Email/Text: opportunitynotices@gmail.com | | |
| | | Mar 27 2026 01:31:00 | OppLoans, Attn: Bankruptcy, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 16641539 | Email/Text: opportunitynotices@gmail.com | | |
| | | Mar 27 2026 01:31:00 | OppLoans, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 16641542 | Email/Text: ProsperBK@prosper.com | | |
| | | Mar 27 2026 01:30:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 16648850 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 27 2026 01:39:20 | Pagaya Ai Debt Grantor Trust 2024-11, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16649433 | + EDI: JEFFERSONCAP.COM | | |
| | | Mar 27 2026 05:24:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 16641541 | Email/Text: ProsperBK@prosper.com | | |
| | | Mar 27 2026 01:30:00 | Prosper Funding LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 16649048 | + Email/Text: bncmail@w-legal.com | | |
| | | Mar 27 2026 01:30:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 16647487 | EDI: Q3G.COM | | |
| | | Mar 27 2026 05:24:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16651466 | Email/Text: legalservices12@snaponcredit.com | | |

District/off: 0315-2

Date Rcvd: Mar 26, 2026

User: auto

Form ID: 309iPGH

Page 5 of 6

Total Noticed: 112

| | | | Mar 27 2026 01:30:00 | Snap On Credit, 950 TECHNOLOGY WAY, SUITE 301, Libertyville, IL 60048 |
| 16641543 | | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 27 2026 01:39:19 | Sofi Lending Corp/Mohela, PO Box 654081, Dallas, TX 75265-4081 |
| 16641546 | | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16641545 | + | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16641547 | + | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16641548 | | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 16641549 | + | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16641550 | | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16641551 | + | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16641552 | | EDI: SYNC | Mar 27 2026 05:24:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 16641553 | | EDI: WTRRNBANK.COM | Mar 27 2026 05:24:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 16641554 | | EDI: WTRRNBANK.COM | Mar 27 2026 05:24:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 16641555 | | EDI: PHINGENESIS | Mar 27 2026 05:24:00 | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 16641557 | | EDI: TCISOLUTIONS.COM | Mar 27 2026 05:24:00 | Total Visa/Tbom/Vt, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 16641558 | | Email/Text: bknotice@upgrade.com | Mar 27 2026 01:30:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 16641559 | | Email/Text: bknotice@upgrade.com | Mar 27 2026 01:30:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 16651465 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 27 2026 01:31:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 16641560 | | Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 01:31:00 | Upst/drb, PO Box 1503, San Carlos, CA 94070-7503 |
| 16641561 | | Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 01:31:00 | Upst/drb, DR Bank Loan Operations, Attn: Bankruptc, PO Box 1503, San Carlos, CA 94070-7503 |
| 16641563 | | Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 01:31:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 16641562 | | Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 01:31:00 | Upstart Finance, PO Box 1503, San Carlos, CA 94070-7503 |
| 16641564 | | Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 01:31:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 16651421 | + | Email/Text: peritus@ebn.phinsolutions.com | Mar 27 2026 01:31:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 108

District/off: 0315-2                          User: auto                          Page 6 of 6
Date Rcvd: Mar 26, 2026                       Form ID: 309iPGH                     Total Noticed: 112

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| Brian C. Thompson | on behalf of Debtor Bryan K. Ward bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Elizabeth A. Ward bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7