**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BRYAN K. WARD
ELIZABETH A. WARD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Movant

vs.

ALLY BANK(*)

Respondents

Case No. 26-20545JCM

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

VEHICLE TOTALED

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

ALLY BANK(*)
PAYMENT PROCESSING CENTER*
PO BOX 660618
DALLAS, TX 75266-0618

Court claim# 4/Trustee CID# 6

The Movant further certifies that on 08/24/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
BRYAN K. WARD, ELIZABETH A. WARD, 119 REMBRANDT DRIVE, BUTLER, PA 16002

DEBTOR'S COUNSEL:
BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 301 SMITH DRIVE SUITE 6, CRANBERRY TOWNSHIP, PA 16066

ORIGINAL CREDITOR'S COUNSEL:
ORLANS PC, 200 EAGLE RD STE 120, WAYNE, PA 19087

ORIGINAL CREDITOR:
ALLY BANK(*), PAYMENT PROCESSING CENTER*, PO BOX 660618, DALLAS, TX 75266-0618

NEW CREDITOR: