**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Bryan K. Ward and<br>Elizabeth A. Ward,<br>Debtors. | Bankruptcy No. 26-20545-JCM<br><br>Chapter 13<br><br>Related to Docket No. 160 |
| Bryan K. Ward and<br>Elizabeth A. Ward,<br>Movants,<br><br>v.<br><br>LVNV FUNDING, LLC<br><br>Respondent. | |

**CERTFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the Response of LVNV Funding, LLC to Debtors' Objection to Proof of Claim No. 38 was served by electronic service and/or First Class U.S. mail postage prepaid on September 25, 2026, on the interested parties as indicated below:

**via First-Class Mail:**

Bryan K. Ward
Elizabeth A. Ward
119 Rembrandt Drive
Butler, PA 16002

Brian C. Thompson
Thompson Law Group , PC
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
*Counsel to Debtors*

**via CM/ECF:**

Brian Thompson on behalf of Debtors
bthompson@ThompsonAttorney.com

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Office of U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Matthew Fissel on behalf of *Lakeview Loan Servicing, LLC*
bkgroup@kmllawgroup.com

Adam Bradley Hall on behalf of *JPMorgan Chase Bank, N.A.*
amps@manleydeas.com

Jeffrey Hunt on behalf of *Peoples Natural Gas Company LLC*
ecfpeoples@grblaw.com

Elizabeth Trachtman on behalf of *Ally Bank*
ANHSOrlans@InfoEx.com

Respectfully submitted,

Dated: September 25, 2026 By: */s/*William C. Price

William C. Price (PA Bar #90871)
WH Burkley LLP
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Tel: (412) 456-8181
Facsimile: (412) 456-8135
wprice@bernsteinlaw.com

*Counsel for LVNV Funding, LLC*