**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 26-20545-JCM |
| | ) | |
| Bryan K. Ward, | ) | |
| Elizabeth A. Ward | ) | Chapter 13 |
| Debtors. | ) | |
| ___ | ) | |
| | ) | Document No.: |
| Bryan K. Ward, | ) | |
| Elizabeth A. Ward, | ) | |
| Movants, | ) | |
| | ) | Hearing Date & Time: |
| v. | ) | October 13, 2026 at 1:30 p.m. |
| | ) | |
| LVNV Funding, LLC, | ) | Related Document No. 115, 153, 179 |
| Respondent, | ) | |

**ORDER OF COURT**

AND NOW, upon consideration of Motion to Withdraw Objection to Proof of Claim No. 43, it is hereby ORDERED, ADJUDGED and DECREED that the Objection at Document No. 115 is hereby WITHDRAWN without prejudice.

Date: September 25, 226

John C. Melaragno, Judge dak
United States Bankruptcy Court

SIGNED
9/25/26 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bryan K. Ward
Elizabeth A. Ward
Debtors

Case No. 26-20545-JCM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: Sep 25, 2026 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Bryan K. Ward, Elizabeth A. Ward, 119 Rembrandt Drive, Butler, PA 16002-7557 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Brian C. Thompson | on behalf of Joint Debtor Elizabeth A. Ward bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;krupert@thompsonattorney.com;mthompson@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Bryan K. Ward bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;krupert@thompsonattorney.com;mthompson@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |

| | |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William C. Price | on behalf of Creditor LVNV Funding LLC wprice@bernsteinlaw.com aporter@bernsteinlaw.com |

TOTAL: 9