**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Bryan K. Ward,<br>Elizabeth A. Ward,<br><br>Debtors. | : | Bankruptcy No. 26-20545-JCM<br>Chapter 13 |
| Bryan K. Ward,<br>Elizabeth A. Ward,<br><br>Movants,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>Respondent. | : | Document No.:<br>Related Document No.:<br><br>Related Claim No.: 50 |

**ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 50**

On this _____ day of ____________, 2026, this matter being before the Court on Debtor's Objection to Proof of Claim No. 50, for the reasons stated in the Objection, or by default for Claimant's failure to respond, it is hereby ORDERED that the claim Portfolio Recovery Associates, LLC, filed at Proof of Claim No. 50 in the above-captioned bankruptcy case is rejected, disallowed and shall not be paid.

Date:_________________

_________________________________
United States Bankruptcy Judge