**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-20545-JCM |
| | : | | |
| Bryan K. Ward | : | Chapter: | 13 |
| Elizabeth A. Ward | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/13/2026 |
| | : | Time: | 01:30 |

**PROCEEDING MEMO**

***MATTER*** #121 Objection to Claim of LVNV Funding, LLC at Claim Number 45.
#233 CNO filed

***APPEARANCES:***
Debtor: Brian C. Thompson
Trustee: Ronda J. Winnecour

***NOTES:***
Thompson: Claim was amended. Oral motion to withdraw objection without prejudice.

***OUTCOME:*** Dismissed w/o prejudice. TO to be entered.

SIGNED
10/13/26 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA